IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LANCE W. HIGHTOWER, <br> SUE I. HIGHTOWER, <br><br> Plaintiffs, <br><br> v. <br><br> USAA CASUALTY INSURANCE CO., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.  16-cv-274-JED-FHM <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Lance W. Hightower and Sue I. Hightower, and Defendant, USAA Casualty Insurance Company, hereby stipulate that this action shall be dismissed with prejudice. Each party is to bear his, her, or its own costs and attorneys' fees.

Respectfully submitted,

/s/ Raymond S. Allred
Raymond S. Allred, OBA #11747
Richardson Richardson Boudreaux, PLLC
7447 South Lewis Avenue
Tulsa, OK  74136
Telephone:  (918) 492-7674
Facsimile:  (918) 493-1925
Email:  rsa@rrbok.com

ATTORNEYS FOR PLAINTIFF

/s/ Jodi W. Dishman (signed w/ permission)
Jodi W. Dishman, OBA #20677
Elizabeth T. Isaacs, OBA # 32429
McAfee & Taft A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone:   (405) 235-9621
Facsimile:   (405) 235-0439
E-mail: jodi.dishman@mcafeetaft.com
elizabeth.isaacs@mcafeetaft.com

ATTORNEYS FOR DEFENDANT